UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITIZENS INSURANCE COMPANY OF
THE MIDWEST,

        Plaintiff,                               Case No. 1:24–cv–00149–JMB–SJB

v.                                       Hon. Jane M. Beckering

MIKAYLA OSBURN,

        Defendant.
_____/

### **ORDER**

      Pending before the Court is Plaintiff's Motion for Default Judgment (ECF No. 15). The Court, having reviewed the Motion and the previously filed Affidavit (ECF No. 11), finds that the filing fails to comply with 50 U.S.C. § 3931(b) (requiring an affidavit stating whether or not the defendant is in military service). For this reason, Plaintiff's Motion is denied without prejudice to refiling, within fourteen (14) days, with an affidavit that complies with 50 U.S.C. § 3931(b). Plaintiff shall also submit a proposed Default Judgment for the Court's review. See W.D. Mich. LCivR 5.7(g).

      IT IS SO ORDERED.

Dated: May 9, 2024                                    /s/ Jane M. Beckering
                                                          JANE M. BECKERING
                                                          United States District Judge