UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITIZENS INSURANCE COMPANY
OF THE MIDWEST,

    Plaintiff,

Case No. 1:24-cv-149-JMB-SJB

HON. JANE M. BECKERING

vs.

MIKAYLA OSBURN,

    Defendant.

_____

Erik Duenas (P57434)
Conlin, McKenney & Philbrick, P.C.
Attorneys for Plaintiff
350 South Main Street, Suite 400
Ann Arbor, MI 48104
(734) 761-9000
duenas@cmplaw.com

_____

## **DEFAULT JUDGMENT**

The Defendant, having failed to appear, plead, or otherwise defend in this action, and default having been entered on March 26, 2024, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby entered in favor of Plaintiff Citizens Insurance Company

of the Midwest against Defendant Mikayla Osburn as follows:

IT IS HEREBY ORDERED that Plaintiff's motion for default judgment is GRANTED;

IT IS FURTHER ORDERED that Plaintiff's request for declaratory relief against Defendant Mikayla Osburn is granted.

IT IS SO ORDERED.

Dated: May 14, 2024                                      /s/ Jane M. Beckering
                                                        Hon. Jane M. Beckering
                                                        United States District Judge